Jennifer PERKINS, Plaintiff-Appellant,

v.

**US AIRWAYS, INC.; US Airways Group; American Airlines Group, successor by merger with US Airways Inc.; US Airways Health Benefit Plan, Defendants-Appellees.**

No. 17-1565

United States Court of Appeals, Fourth Circuit.

Submitted: December 29, 2017

Decided: January 19, 2018

Nekki Shutt, Jacqueline M. Pavlicek, BURNETTE SHUTT & MCDANIEL, P.A., Columbia, South Carolina, for Appellant. Shannon M. Barrett, Deanna M. Rice, O'MELVENY & MYERS, LLP, Washington, D.C., for Appellees.

Before NIEMEYER, SHEDD, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Perkins appeals the district court's orders denying relief on her complaint asserting claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 (2012), and

the Medicare Secondary Payer Act, 42 U.S.C. § 1395y(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perkins v. US Airways, Inc.*, No. 6:14-cv-02577-BHH, 2015 WL 5783561, 2016 WL 4208099, 2017 WL 1196805 (D.S.C. Sept. 30, 2015; Aug. 10, 2016; Mar. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*